1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CASBN 216799)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone: (510) 637-3639
7       Facsimile: (510) 637-3724
        E-Mail: wade.rhyne@usdoj.gov
8

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13 UNITED STATES OF AMERICA,    )    No. CR-08-70388
                                )
14      Plaintiff,               )
                                )   NOTICE OF SUBSTITUTION OF
15      v.                      )   ATTORNEY
                                )
16 JAVIER RAMIREZ-RUIZ,         )
                                )
17      Defendant.              )
                                )
18

19     Please take notice that as of June 30, 2008, the Assistant United States Attorney

20 whose name, address, telephone number and e-mail address listed below is assigned to be

21 counsel for the government.

22                          WADE M. RHYNE
                       Assistant United States Attorney
23                      1301 Clay Street; Suite 340S
                         Oakland, California 94612
24                       Telephone: (510) 637-3639
                         Facsimile: (510) 637-3724
25                     E-Mail: wade.rhyne@usdoj.gov

26     The Clerk is requested to change the docket sheet and other court records so as to

27 reflect that all orders and communications from the court will in the future be directed to

28 ////


SUBSTITUTION OF ATTORNEY

1  AUSA Wade M. Rhyne at the above mailing address, telephone number, facsimile
2  number and e-mail address.
3
4
   DATED: June 30, 2008                    Respectfully submitted,
5
                                            JOSEPH P. RUSSONIELLO
6                                           United States Attorney
7
8                                             _____/s/_____
                                            WADE M. RHYNE
9                                           Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY