AO 257 (Rev. 6/78)

E-filing

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. § 1326(a) – Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
(1) Imprisonment: 2 Years.
(2) Fine: $250,000
(3) Supervised release: 1-year Term
(4) Special assessment: $100.00.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUL - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

JAVIER RAMIREZ RUIZ
(a/k/a Javier Ruiz, a/k/a Javier Ruiz Ramirez)

DISTRICT COURT NUMBER

CR08-450 SBA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WADE M. RHYNE, AUSA

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   } ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments:

E-filing

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR08-450 SBA

JAVIER RAMIREZ RUIZ
(a/k/a Javier Ruiz, a/k/a Javier Ruiz Ramirez),

DEFENDANT(S).

---

# INDICTMENT

8 U.S.C. § 1326(a) – Deported Alien Found in the United States

A true bill.

_____ Foreman

Filed in open court this __9TH__ day of

__JULY 2008__.

_____ Clerk

Bail, $ __0 bail__   7-9-08

filing



1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
2008 JUL -9 PM 1:50
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>  )<br>JAVIER RAMIREZ RUIZ  )<br>(a/k/a Javier Ruiz, a/k/a Javier Ruiz  )<br>Ramirez),  )<br>  )<br>   Defendant.  )<br>_____ ) | Criminal No.: CR08-450 SBA<br><br>VIOLATION: 8 U.S.C. § 1326(a) – Deported Alien Found in the United States<br><br>OAKLAND VENUE |

## I N D I C T M E N T

The Grand Jury charges:

   1.   On or about July 24, 2001, the defendant, JAVIER RAMIREZ RUIZ (a/k/a Javier Ruiz, a/k/a Javier Ruiz Ramirez), was removed, excluded, and deported from the United States.

   2.   After July 24, 2001, the defendant, JAVIER RAMIREZ RUIZ (a/k/a Javier Ruiz, a/k/a Javier Ruiz Ramirez), knowingly and voluntarily reentered and remained in the United States.

   3.   On or about March 26, 2008, in the Northern District of California, the defendant, JAVIER RAMIREZ RUIZ (a/k/a Javier Ruiz, a/k/a Javier Ruiz Ramirez), an alien, was found in

INDICTMENT

the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

DATED: July 9, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA WADE M. RHYNE

INDICTMENT                                    2