1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant RUIZ
6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   No. CR-08-450 SBA
                                 )
12             Plaintiff,        )
                                 )   **STIPULATION AND ORDER TO**
13  vs.                          )   **CONTINUE STATUS CONFERENCE**
                                 )
14  JAVIER RAMIREZ RUIZ,         )   Date: July 15, 2008
                                 )   Time: 9:00 a.m.
15             Defendant.        )   Court: The Honorable Sandra Brown
                                 )          Armstrong
16  _____ )

17

18       Undersigned counsel stipulate as follows:

19       1.   A status conference in this matter is currently set for July 15, 2008, at 9:00 a.m.;

20       2.   Assistant Federal Public Defender Elizabeth Falk, standing in for AFPD Colleen

21            Martin before the San Francisco magistrate court today, July 11, 2008,

22            accidentally set this matter for status on July 15, 2008. AFPD Colleen Martin is

23            not available on July 15th, 2008 as she will be out of the office on annual leave.

24            Her first available date is July 29, 2008;

25       3.   Government counsel has no objection to continuing this matter until July 29, 2008

26            at 9:00 a.m. under these circumstances;

*Ruiz,* 08-450 SBA
STIP. TO CONTINUE STATUS DATE          1

4. The parties jointly request that the Court order an exclusion of time under the Speedy Trial Act for continuity of defense counsel, 18 U.S.C. § 3161(h)(8)(A) & 18 U.S.C. § 3161(B)(iv).

**IT IS SO STIPULATED**

Dated: July 11, 2008          _____/S/_____
                              ELIZABETH M. FALK
                              Assistant Federal Public Defender

Dated: July 11, 2008          _____
                              WADE RHYNE
                              Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the status conference date in the aforementioned matter currently set for July 15, 2008, is vacated. The status conference date shall be continued to July 29, 2008 at 9:00 a.m. This Court also finds that the ends of justice served by excluding the period between July 15, 2008 and July 29, 2008 outweigh the best interest of the public and the defendant in a speedy trial. Specifically, an exclusion of time is appropriate under the Speedy Trial Act between July 9, 2008 and July 29, 2008 to enable the above captioned defendant to avoid the unreasonable denial of continuity of counsel. *See* 18 U.S.C. § 3161(h)(8)(A) & 18 U.S.C. § 3161(B)(iv).

**IT IS SO ORDERED**.

Dated: 7/14/08                _____
                              THE HONORABLE SANDRA BROWN ARMSTRONG
                              UNITED STATES DISTRICT JUDGE