**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/29/08

CR 08-00450SBA         JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

RAMIREZ-RUIZ                      Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)


<u>WADE RHYNE</u>                       <u>COLLEEN MARTIN</u>
U.S. ATTORNEY                     ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark          <u>STARR WILSON</u>
                                      Court Reporter

<u>INEZ SWANEY</u>
 Interpreter                         Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON THE COURT TAKING THE PLEA AGREEMENT UNDER CONSIDERATION TO 9/23/08</u>


**JUDGMENT:**


**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to <u>9/23/08</u> for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to <u>9/23/08</u> for Change of Plea @ 10:00 a.m.
cc: